UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARY IVA JONES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No.: 1:14-cv-1302 |
| STANDARD INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## COMPLAINT AND REQUEST FOR A JURY TRIAL

COMES NOW, the Plaintiff, Mary Iva Jones, by and through the undersigned counsel, Bridget O'Ryan, to file this Complaint against Standard Insurance Company and as cause therefore states as follows:

1. The Plaintiff, Mary Iva Jones, has at all times material hereto been a citizen of the State of Indiana.

2. Standard Insurance Company ("Standard") is an Oregon company doing business in Hancock County, Indiana. Standard's principal place of business is in Portland, Oregon.

3. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) because complete diversity of citizenship exists between Plaintiff, an Indiana resident, and Defendant whose principal place of business is in Oregon. In addition, the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Mary Iva Jones is insured under a disability income policy ("disability policy") issued by Standard.

5. Pursuant to the disability policy, Standard promises to pay monthly disability benefit payments in the event Ms. Jones is unable to work due to illness.

6. Until her date of disability, Ms. Jones had been employed as medical coder at Indiana University.

7. Mary Iva Jones became disabled in June 2010 due to lymphocytosis, sleep apnea, degenerative disc disease, osteoarthrosis, lumbar radiculopathy and recurrent MRSA bacteremia.

8. Ms. Jones submitted an application to Standard for long term disability payments and was approved for benefits in 2010.  On February 7, 2014, Standard terminated Ms. Jones's benefits, claiming that she no longer met the definition of disability.  Ms. Jones appealed Standard's decision and her appeal was denied on June 12, 2014.

9. Ms. Jones is disabled and has provided Standard with medical records and physician reports that establish that she meets the requirements of the disability policy.

10. Ms. Jones's physicians have advised Standard that Ms. Jones is unable to work full time due to her condition.

11. Despite receiving this information, Standard refuses to pay Ms. Jones disability benefits under her policy.

12. Ms. Jones has complied with all of the applicable provisions of the disability policy.

13. Standard has breached the provisions of the disability policy by refusing to pay Ms. Jones her monthly disability income replacement benefits.

14. Ms. Jones has suffered emotional distress, financial losses and other losses due to Standard's refusal to pay her disability benefits.

15. Standard, through Allsup, assisted Ms. Jones in applying for and obtaining Social Security Disability benefits.

16. Ms. Jones also lost life insurance coverage in the amount of $50,000 when Standard terminated her Life Waiver of Premium benefits.

17. Standard's actions have violated the covenant of good faith and fair dealing in several ways, including but not limited to:

   a.) Denying Ms. Jones's benefits without any reasonable basis for the denial.

   b.) Compelling Ms. Jones to initiate this litigation to recover the amount due her under the terms of the policy.

   c.) Ignoring the statements of Ms. Jones's treating physicians who report that Ms. Jones is unable to work.

WHEREFORE, the Plaintiff, Mary Iva Jones, requests that this Honorable Court enter judgment against Standard in an amount that will compensate Ms. Jones for the unpaid disability benefits, interest, damages for the insurance company's bad faith refusal to pay this legitimate claim and attorney's fees.

Respectfully Submitted,

s/Bridget O'Ryan
Bridget O'Ryan #18274-49
Attorney for Mary Iva Jones
1901 Broad Ripple Avenue
Indianapolis, Indiana 46220
(317) 255-1000
boryan@oryanlawfirm.com

### DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, Mary Iva Jones, by and through the undersigned counsel and demands that the above Complaint and all issues herein be tried by jury.

s/Bridget O'Ryan
Bridget O'Ryan